United States District Court
Southern District of Texas
**ENTERED**
July 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:25–mj–00453 |
| § | |
| Bazile Richardson § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Identity and Detention Hearing
July 29, 2025 at 10:00 AM
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 24, 2025

_____
Richard W. Bennett
United States Magistrate Judge